IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SCOTT SEEFELDT,

             Petitioner,                No. CIV S-08-2922 DAD P

   vs.

SOLANO COUNTY SHERIFF,

             Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Petitioner has also requested a copy of his "original complaint."

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; and

        2. The Clerk of the Court is directed to provide petitioner with a copy of his petition, filed on December 2, 2008.

 DATED: January 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
seef2922.159